UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW WILDMAN,<br><br>Plaintiff,<br><br>v.<br><br>COOKUNITY, INC.,<br><br>Defendant. | CASE NO. 2:26-cv-02063-JHC<br><br>ORDER |

This matter comes before the Court on Defendant's motion for reconsideration. Dkt. # 19. Because the motion does not satisfy LCR 7(h)(1), the Court DENIES it.

Dated this 13th day of October, 2026.

John H. Chun
United States District Judge